**Limamoulaye SALL, Appellant,**

v.

**Saad J. AHMED, Respondent.**

No. ED 102768

Missouri Court of Appeals,
Eastern District,
DIVISION ONE.

FILED: December 1, 2015

Christopher James Finney, 1735 S. Big Bend, St. Louis, MO 63117, Finney Law Office, LLC, Attorney for Appellant.

Daniel Bradley, 141 Market Pl., Suite 104, Fairview Heights, IL 62208, Defranco & Bradley, P.C., Darrell James Flesner, Co–Counsel, 4341 Toenges Avenue, St. Louis, MO 63116, Attorneys for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

PER CURIAM

Limamoulaye Sall (Plaintiff) appeals from trial court's judgment following a jury trial in which the jury found Saad Ahmed (Defendant) to be not liable and zero percent at fault on Plaintiff's personal injury claim against Defendant. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We

have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).